TIMOTHY J. HEINSON, OSB #872480
tim@heinsonlaw.com
19530 SE Sunnyside Rd.
Damascus, OR 97089
Telephone:     (503) 479-6223
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CINDI ADAMS, personal representative of the Estate of Geoffrey T. Adams<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

1. This is an action against Defendant United States of America under the Federal Tort Claims Act, 28 U.S.C. 2671, *et seq.*, for the wrongful death of Geoffrey T. Adams, alleging negligent medical and psychological care provided by the Department of Veteran Affairs.

**JURISDICTION**

2. Jurisdiction is proper pursuant to 28 USC 1346(b)(1), 28 USC 1331, and 28 USC 2671-2680.

3. Venue is proper under U.S.C. 1402(b) because plaintiff resides in the District of Oregon and the acts and omissions forming the basis of these claims occurred in the District of Oregon.

4. Plaintiff timely submitted her claim to the US Department of Veterans Affairs fully complied with all provisions of 28 U.S.C 2675.

5.  On November 29, 2018, plaintiff received a final denial of plaintiff's administrative claim from the Department of Veterans Affairs.

## PARTIES

6.  Plaintiff is the mother of Geoffrey T. Adams ("Adams") and has been appointed as the personal representative of the Estate of Geoffrey T. Adams.

7.  Plaintiff is a resident of the state of Oregon and the Estate of Geoffrey T. Adams is established in the state of Oregon.

8.  Defendant United States of America, through its agency, the Department of Veterans Affairs, operates the Veterans Administration Portland Health Care System, the Portland Veterans Administration Hospital, and the Portland Veterans Administration Medical Center (collectively "VMAC").

## GENERAL ALLEGATIONS

9.  Geoffrey T. Adams ("Adams") served in the United States Navy until he was discharged in 2003 under "General but Honorable Conditions" with a service-connected disability of major depression with secondary anxiety.

10. Adams received medical and psychiatric care at the VAMC from approximately 2012 until his death by suicide on September 3 or 4, 2015.

11. During his treatment, he exhibited major depression, anxiety, suicidal ideation, alcohol abuse.

12. On August 7, 2015, Adams voluntarily sought treatment at the VAMC inpatient psychiatry unit. During his stay there, he presented with numerous warning signs of acute suicide risk.

13. Despite this high risk of suicide, on August 11, 2015, Adams was discharged from VAMC against his wishes.

14. Adams died by suicide on September 3 or 4, 2015.

## CLAIM FOR RELIEF

### Wrongful Death

15. The doctors and other medical care providers employed, supervised, or directed by VAMC were aware or should have been aware of Adams' acute risk of suicide. Defendant negligently failed to provide adequate treatment and discharged him when he was at a high risk of suicide.

16. Such negligence was a proximate cause of Adams' death.

17. As a result of defendant's negligence, the Estate of Geoffrey T. Adams and beneficiaries of the Estate, including his parents, and children, have sustained economic, pecuniary, and noneconomic damages in an amount not to exceed $6,000,000.

WHEREFORE, Plaintiff prays that the Court enter judgment in the amount to be proven at trial, not to exceed $6,000,000, and for any other and further relief as the Court deems just and equitable.

DATED this 22nd day of May, 2019.

HEINSON & DeDOBBELAERE, LLC

By: _____
Timothy J. Heinson, OSB No. 872480
tim@heinsonlaw.com
Of Attorneys for Plaintiff